UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MCDANIEL, KENNETH LEROY | ) | Case No. 02-19856 PHX RJH |
| MCDANIEL, GLENDA ANN | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 104 | 01/04/2010 | VANDERBILT MORTGAGE<br>P.O. BOX 9800<br>MARYVILLE, TENNESSEE 37802-9800 | $167.11 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 167.11 to the Clerk of the Court to be deposited in the Registry thereof.

August 18, 2010  /s/ Roger W. Brown
Date  Roger W. Brown, Trustee